428 A.2d 253

Kenny et al. v. Alexson Equipment Co. et al.

Kollhoff et al. v. Alexson Equipment Co. et al.

Appeal of Dominic A. Piracci, Sr.

Argued December 5, 1979. Herman J. Obert, for appellant; Henry B. Fitzpatrick, for Kenny, appellee (No. 602) and for Kollhoff, appellee (No. 603); Michael P. O'Connor, for Alexson, appellee; Anthony J. Damiano, for Lindstrom, appellee; Elizabeth M. Iannelli, for AMCA, appellee; Edward J. Marcantonio, for American Tubular, appellee; Morton F. Daller, for International Brotherhood etc., appellee. Adrian R. King, for Anderson, appellee; Herman J. Obert, for Piracci Constr. Co. etc., et al., appellees.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Order of the court below is affirmed.